IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RHONDA ROSE,

        Plaintiff,

   v.

MICHAEL ASTRUE, Commissioner
of Social Security,

        Defendant.

Civil No. 09-672-HU

ORDER

MARSH, Judge.

    Pending before the court is the Findings and Recommendation of Magistrate Judge Dennis J. Hubel filed on September 28, 2010, recommending that the Commissioner's decision that plaintiff is not disabled under Titles II and XVI of the Social Security Act be affirmed. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert.

1 - ORDER

denied, 455 U.S. 920 (1982).

Plaintiff objects to the Magistrate's findings concerning the opinion of Scott P. Hoopes, M.D. According to plaintiff, the ALJ improperly evaluated Dr. Hoopes's opinion that plaintiff has "frequent" deficiencies of concentration, persistence and pace. The Findings and Recommendation concluded that the ALJ properly evaluated Dr. Hoopes's opinion.

Having given the file of this case a *de novo* review, I find no error. The ALJ determined that although Dr. Hoopes indicated that plaintiff had "slight" restrictions in activities of daily living, and "frequent" deficiencies of concentration, persistence and pace, Dr. Hoopes specifically opined that plaintiff's mental impairments do not "limit her ability to work." Moreover, the ALJ noted that Dr. Hoopes similarly opined that plaintiff does not suffer from a severe mental impairment. Judge Hubel concluded that the ALJ's assessment of Dr. Hoopes's opinion is supported by substantial evidence in the record, and that the ALJ applied the proper legal standards. I agree. Accordingly, I conclude that Judge Hubel's Findings and Recommendation is well-reasoned, without error, and adopted in its entirety.

////
////
////
////

## CONCLUSION

The Magistrate Judge's Findings and Recommendation (#21) in this proceeding is ADOPTED, the decision of the Commissioner is AFFIRMED, and this proceeding is DISMISSED.

IT IS SO ORDERED.

DATED this  17   day of November, 2010

                                /s/  Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge